### IN THE UNITED STATES DISTRICT COURT

### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : CRIMINAL NO. 23-    **Filed Under Seal** |
| v. | : DATE FILED: _____ |
| EDWARD DECKER | : VIOLATIONS:<br>49 U.S.C. § 46506 (abusive sexual contact on an aircraft – 2 counts) |

### COUNT ONE

**THE GRAND JURY CHARGES THAT:**

On or about July 29, 2022, in the Eastern District of Pennsylvania and elsewhere, defendant

**EDWARD DECKER,**

on an aircraft in the special aircraft jurisdiction of the United States, that is, American Airlines flight number 2758, with aircraft registration number N153AN, departing San Diego, California, arriving in Philadelphia, Pennsylvania, did knowingly and intentionally engage in, and attempt to engage in sexual contact and cause sexual contact with Minor 1, who is known to the Grand Jury, that is, the defendant touched the breast and inner thigh of Minor 1 who was, as the defendant well knew, incapable of appraising the nature of the conduct, with the intent to arouse and gratify the defendant's sexual desire, which sexual contact if committed in the special maritime and territorial jurisdiction of the United States would violate Title 18, United States Code, Section 2244(a)(2).

In violation of Title 49, United States Code, Section 46506.

## COUNT TWO

**THE GRAND JURY FURTHER CHARGES THAT:**

On or about July 29, 2022, in the Eastern District of Pennsylvania and elsewhere, defendant

### EDWARD DECKER,

on an aircraft in the special aircraft jurisdiction of the United States, that is, American Airlines flight number 2758, with aircraft registration number N153AN, departing San Diego, California, arriving in Philadelphia, Pennsylvania, did knowingly engage in, and attempt to engage in sexual contact and cause sexual contact, that is, the defendant intentionally touched the breast and inner thigh of Minor 1, who is known to the Grand Jury, who had attained the age of 12 years but had not attained the age of 16 years and was at least four years younger than the defendant, with the intent to arouse and gratify the sexual desire of the defendant, which sexual contact if committed in the special maritime and territorial jurisdiction of the United States would violate Title 18, United States Code, Section 2244(a)(3).

In violation of Title 49, United States Code, Section 46506.

**A TRUE BILL:**

███████████████████

**JACQUELINE C. ROMERO**
**United States Attorney**

No._____

**UNITED STATES DISTRICT COURT**

Eastern District of Pennsylvania

Criminal Division

THE UNITED STATES OF AMERICA

vs.

EDWARD DECKER

INDICTMENT

Count
**49 U.S.C. § 46506 (abusive sexual contact on an aircraft – 2 counts)**

A true bill

▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬

Filed in open court this _____ 8th _____ day, Of ____June____ A.D. 20 __23__

Foreperson

Bail, $_____